## LUCY M. DURFEY v. EUSTACE G. WATTS

25 So. (2nd) 200                              January Term, 1946
March 8, 1946                                          Division A

*Morton B. Adams,* for appellant.

*Eugene A. Williams* and *Ernest A. Roth,* for appellees.

PER CURIAM:

Only questions of fact are raised on this appeal which were decided adversely to appellant by the master in chancery and the chancellor. We find no error in the decree, so it is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.